Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HI FRESNO HOTEL HOLDINGS LLC,<br><br>Defendant. | Case No: 1:18-cv-00156-AWI-SAB<br><br>**NOTICE OF SETTLEMENT** |

    Please take notice that the above case has settled. The parties anticipate memorializing the settlement and filing a dismissal with prejudice within 45 days from the date below written.

    RESPECTFULLY SUBMITTED this 11th day of April, 2018.

                              /s/ Peter Kristofer Strojnik
                              Peter Kristofer Strojnik (242728)
                              Attorneys for Plaintiff