# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>  Plaintiff,<br><br> v.<br><br>HI FRESNO HOTEL HOLDINGS, LLC,<br><br>  Defendant. | Case No. 1:18-cv-00156-AWI-SAB<br><br>ORDER VACATING ALL PENDING MATTERS AND DATES<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: MAY 29, 2018 |

On April 11, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 5.)

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before May 29, 2018; and
2. All pending matters and dates are VACATED.

IT IS SO ORDERED.

Dated: **April 12, 2018**

UNITED STATES MAGISTRATE JUDGE

1