# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>HI FRESNO HOTEL HOLDINGS, LLC.,<br><br>    Defendant. | Case No. 1:18-cv-00156-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE CASE<br><br>(ECF Nos. 8, 10, 11) |

Plaintiff Theresa Brooke filed this action on January 27, 2018, alleging violation of the Americans with Disabilities Act against Defendant Hi Fresno Hotel Holdings, LLC. (ECF No. 1.) On March 6, 2018, Defendant filed an answer. (ECF No. 4.) On April 11, 2018, Plaintiff filed a notice of settlement and was ordered to file dispositional documents on or before May 29, 2018. (ECF Nos. 5, 6.)

On June 4, 2018, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to file dispositive documents by the May 29, 2018 deadline. On June 6, 2018, a stipulation to dismiss this action was filed. On June 14, 2018, Plaintiff filed a response to the order to show cause.

Based on Plaintiff's response, the order to show cause shall be discharged. Further, in light of the stipulation of the parties this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been

dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 4, 2018 order to show cause is DISCHARGED; and
2. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **June 15, 2018**

UNITED STATES MAGISTRATE JUDGE

2